```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Williams,

                        Plaintiffs,

        -against-

United States,

                        Defendant.

------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-611-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **October 3, 2024 at 10:30 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
              August 30, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge